## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Zakaria Abinasser Yusuf,                          Civil No. 16-3961 (DSD/BRT)

        Petitioner,

v.                                                                        **ORDER**

Jim Benson, Warden,

        Respondent.

---

Zakaria Abinasser Yusuf, Petitioner, *pro se*.

J. Michael Richardson, Esq., Hennepin County Attorney's Office, counsel for Respondent.

---

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated February 8, 2017 (R&R).  No objections have been filed to the R&R in the time period permitted.  Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for a Stay [ECF No. 1] is granted; and

2. Petitioner is required to pursue his unexhausted claim in state court within thirty days, and then return to federal court thirty days after state court exhaustion is completed.

Dated:  March 1, 2017                          s/David S. Doty
                                           David S. Doty, Judge
                                         United States District Court